THE MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Appellant, v. SARAH HOFFMAN, Respondent, and Others, Defendants.— Order confirming the report of the official referee and denying plaintiff's motion for a deficiency judgment unanimously affirmed, with ten dollars costs and disbursements, on the authority of *President, etc., of Manhattan Co.* v. *Premier Bldg. Corp. (ante,* p. 297). Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

HENRY M. MULSTEIN, Citizen and Elector of the State of New York, Appellant, v. S. HOWARD COHEN and Others, the Commissioners of the Board of Elections in the City of New York of the State of New York, the COMMISSIONERS OF ELECTIONS OF THE OTHER SUBDIVISIONS OF THE STATE OF NEW YORK Including the County and City of Albany, Their Agents and Servants and the SECRETARY OF STATE OF THE STATE OF NEW YORK, Respondents.— Order denying motion for an alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements, as a matter of law and not in the exercise of discretion. No opinion. Appeal from order denying motion for reargument dismissed as not appealable. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

GIOVANNI PIGNALONI, Respondent, v. THE CONTINENTAL INSURANCE COMPANY, Appellant, and Others, Defendants.— Order, in so far as appealed from, granting, upon condition, the motion of defendant The Continental Insurance Company to sever the action and to dismiss the complaint for lack of prosecution, affirmed, without costs. No opinion. Young, Johnston and Adel, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to grant the motion without condition.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LoRusso, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PALUMBO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MORMANDO, Appellant.—Judgments of the County Court of Kings county convicting defendants of the crime of robbery in the first degree, committed while unarmed, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS STERN, Appellant. — Judgment by a city magistrate sitting as a Court of Special Sessions, Borough of Brooklyn, convicting the defendant of violating subdivision 1 of section 15 of chapter 54 of the Laws of 1929 (Vehicle and Traffic Law), unanimously affirmed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.